IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-04086 |
| Plaintiff, | **INDICTMENT** |
| vs. | **Count 1** |
| BRETT MICHAEL WALKING EAGLE, | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B) |
| Defendants. | 21 U.S.C. § 846 |
| | 21 U.S.C. § 860(a) |
| | Conspiracy to Distribute a Controlled Substance Near a Protected Location |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

On or about December 2, 2019 in the Northern District of Iowa and elsewhere, defendant BRETT MICHAEL WALKING EAGLE did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, within 1,000 feet of a school, specifically Sioux City Alternative School and Opportunities School, each housed at the Boys and Girls Home, Sioux City, Woodbury County, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 846, and 860(a).

PETER E. DEEGAN, JR.
United States Attorney

By: /s/

PATRICK T. GREENWOOD
Special Assistant United States Attorney

A TRUE BILL

/s/

Grand Jury Foreperson

11-17-20
Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed NOV 1 7 2020
ROBERT L. PHELPS, CLERK