IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR20-4086-LTS |
| | ) | |
| vs. | ) | |
| | ) | |
| BRETT MICHAEL WALKING EAGLE, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

I. **WITNESSES**

The government does not intend to call any witnesses.

II. **EXHIBITS**

Currently, the government does not intend to present any exhibits, however, certain impacted individuals are considering submitting letters to the government.

III. **CONTESTED GUIDELINE ISSUES**

The United States does not anticipate a contested hearing on any of the guideline calculations.

IV. **DEFENDANT'S 18 U.S.C. § 3553(a) FACTORS ARE AGGRAVATING**

The Presentence Investigation Report (PSR) indicates that defendant faces a mandatory minimum of 5 years' imprisonment and has a guideline range of 121 months' to 151 months' imprisonment assuming a 3-level reduction for acceptance of responsibility. (PSR ¶¶ 72, 73).

The government notes defendant has several aggravating factors for the Court to consider in determining a sentence including defendant's history and characteristics. Defendant has accumulated two drug related convictions. (PSR ¶¶ 21, 29).[1] Defendant has had several drug treatment opportunities (PSR ¶¶ 61-62) but has continued to use drugs. (PSR ¶ 59). Defendant had probation services, but his probation had to be revoked twice. (PSR ¶¶ 29, 35). Further, defendant has numerous convictions involving violence, and potential injury to the community by operating a vehicle while intoxicated. (PSR ¶¶ 23, 24, 25, 27, 28, 32, 33).

The circumstances surrounding the present offense may be less extraordinary than the Court has seen, however, the offense involved a protected location and negotiations between defendant and an individual cooperating with law enforcement for the sale of approximately 6 ounces of methamphetamine where defendant sought 1/2 ounce for himself for coordinating the sale with a co-conspirator. (PSR ¶ 6). This event occurred in December 2019, where law enforcement arrested the co-conspirator with approximately 2 ounces of methamphetamine at the agreed upon location for the sale. (PSR ¶ 7). Defendant was not deterred by this, and was convicted of 3 additional offenses of

---

[1] Defendant's convictions for possession of cocaine and possession of marijuana were dismissed following successful diversion.

2

Case 5:20-cr-04086-LTS-KEM    Document 42    Filed 12/28/21    Page 2 of 3

credit card fraud, forgery, and theft along with a probation violation in the months following.   (PSR ¶¶ 35-37).

In sum, the § 3553(a) factors for defendant are aggravating and not offset by anything mitigating.   Defendant has continued to use and participate in the sale of methamphetamine (as evidenced by the present offense) even after spending time in prison.   (PSR ¶ 29).   As a result, the recommended USSG guideline range of 121 to 151 months is adequate, but not greater than necessary, to achieve the goals of sentencing set forth in 18 U.S.C. § 3553(a).

## V.   CONCLUSION

The government respectfully recommends that the Court sentence defendant to a term of imprisonment of 121 to 151 months.

SEAN R. BERRY
United States Attorney

By: */s/ Patrick T. Greenwood*

PATRICK T. GREENWOOD
Assistant United States Attorney
600 Fourth Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (fax)
patrick.greenwood@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on December 28, 2021.

UNITED STATES ATTORNEY

BY:   s/  Jean Wordekemper

COPIES TO: Peder Bartling